IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-547-CR





EX PARTE: RONALD DURST,



 APPELLANT




 




FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT



NO. 7688, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING



 





PER CURIAM

 This is an appeal from an order denying relief on appellant's application for writ
of habeas corpus. Tex. R. App. P. 44. By its order, the district court refused to reduce
appellant's pretrial bail, which was earlier set at $100,000. On November 15, 1994, after this
appeal was filed, appellant was released from custody after posting a $100,000 surety bond. 
Under the circumstances, the appeal is moot. Ex parte Labue, 412 S.W.2d 652 (Tex. Crim. App.
1967); Ex parte Poe, 396 S.W.2d 122 (Tex. Crim. App. 1965).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed

Filed: January 25, 1995

Do Not Publish